UNITED STATES of America, Plaintiff–Appellee

v.

Peter Luong TRAN, Defendant–Appellant.

No. 11–20382

United States Court of Appeals, Fifth Circuit.

July 13, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Seth Kretzer, Law Offices of Seth Kretzer, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Thomas S. Berg, Esq., Houston, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.